TODD W. BONDER, ESQ. (Cal. Bar No. 116482)
tbonder@rmslaw.com
MICHAEL V. MANCINI, ESQ. (Cal. Bar No. 263799)
mmancini@rmslaw.com
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone: (310) 858-7700
Facsimile: (310) 860-2430

Attorneys for Defendant
THADDEUS MICHAEL BULLARD, SR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THADDEUS MICHAEL BULLARD SR. ("TITUS O'NEIL"), an individual; and DOES 1 through 300, Inclusive, <br><br> Defendants. | Case No. <br><br> **DEFENDANT THADDEUS MICHAEL BULLARD, SR.'S NOTICE OF RELATED CASES** <br> **[L.R. 83-1.3.1]** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN by defendant Thaddeus Michael Bullard, Sr., pursuant to Local Civil Rule 83-1.3.1, that the above-numbered case appears to <u>not</u>

///

///

///

be related to any other case presently pending before the United States District Court for the Central District of California.

DATED: September 11, 2017

TODD W. BONDER, ESQ.
MICHAEL V. MANCINI, ESQ.
ROSENFELD, MEYER & SUSMAN LLP

By: _____/s/ Todd W. Bonder_____
Todd W. Bonder
Attorneys for Defendant
THADDEUS MICHAEL BULLARD, SR.

ROSENFELD,
MEYER &
SUSMAN LLP

513467.01

2

DEFENDANT'S NOTICE OF
RELATED CASES