TODD W. BONDER, ESQ. (Cal. Bar No. 116482)
tbonder@rmslaw.com
MICHAEL V. MANCINI, ESQ. (Cal. Bar No. 263799)
mmancini@rmslaw.com
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone: (310) 858-7700
Facsimile: (310) 860-2430

Attorneys for Defendant
THADDEUS MICHAEL BULLARD, SR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, an individual, | Case No. 2:17-cv-06671 VAP (KSx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| THADDEUS MICHAEL BULLARD SR. ("TITUS O'NEIL"), an individual; and DOES 1 through 300, Inclusive, | Complaint served: August 23, 2017
Current response date: Sept. 18, 2017
New response date: September 25, 2017 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, DONALD ANDERSON, and Defendant THADDEUS MICHAEL BULLARD, SR., by and through their respective undersigned counsel of record, that Defendant THADDEUS MICHAEL BULLARD, SR. shall have an extension of time, from September 18, 2017 through and including September 25, 2017, within which to answer or otherwise respond to Plaintiff's Complaint on file herein.

///

///

///

1  The parties hereto have not previously stipulated to an extension of time
2  within which to answer or otherwise respond to Plaintiff's Complaint on file herein.

3

4  Dated: September 13, 2017          JOSEPH G. McGUINNESS, ESQ.
                                      McGUINNESS & ASSOCIATES
5

6                                     By: _____*/s/ Joseph G. McGuinness*_____
                                              Joseph G. McGuinness
7                                         Attorneys for Plaintiff
                                          DONALD ANDERSON
8

9  DATED: September 13, 2017          TODD W. BONDER, ESQ.
                                      MICHAEL V. MANCINI, ESQ.
10                                    ROSENFELD, MEYER & SUSMAN LLP

11

12                                    By: _____*/s/ Todd W. Bonder*_____
                                              Todd W. Bonder
13                                        Attorneys for Defendant
                                          THADDEUS MICHAEL BULLARD, SR.

LAW OFFICES
ROSENFELD, MEYER & SUSMAN LLP

513612.01                    2

STIPULATION TO EXTEND
TIME TO RESPOND TO INITIAL
COMPLAINT