UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 17-cv-06671 VAP (KSx) | Date | October 12, 2017 |

Title   *Donald Anderson v. Thaddeus Michael Bullard Sr., et al.*

---

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| BEATRICE HERRERA | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS) DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT

This matter is before the Court on Defendant Thaddeus Michael Bullard Sr.'s ("Defendant") Motion to Dismiss (Doc. No. 11) ("Motion"). The Court deems this matter appropriate for resolution without oral argument pursuant to Local Rule 7-15.

Federal Rule of Civil Procedure 15(a) provides that "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b). . . ." Fed. R. Civ. P. 15(a)(1)(B).

On October 2, 2017, Plaintiff filed a First Amended Complaint (Doc. No. 12) ("FAC"). This amendment was filed 10 days after Defendant's Motion, which was filed on September 25, 2017. The FAC was thus timely filed "as a matter of course," under Rule 15(a). Fed. R. Civ. P. 15(a)(1)(B).

Once filed, an amended complaint supersedes the original complaint in its entirety. See Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'") (quoting Forsyth v. Humana, Inc., 114 F.3d

1467, 1474 (9th Cir. 1997).)  Accordingly, Defendant's Motion to Dismiss, which addresses the original Complaint, became moot once the FAC was filed.

     IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Doc. No. 11) is DENIED AS MOOT in light of the FAC, and that the hearing on this Motion, set for October 23, 2017, at 2:00 PM, is hereby VACATED

**IT IS SO ORDERED.**