MCGUINNESS & ASSOCIATES
JOSEPH G. McGUINNESS - State Bar No. 115983
3858 Carson Street, Suite #301
Torrance, California 90503
Telephone: (310) 792-0495
Facsimile: (310) 792-0520

Attorneys for Plaintiff
DONALD ANDERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THADDEUS MICHAEL BULLARD SR. ("TITUS O'NEIL"), an individual; and DOES 1 through 300, Inclusive <br><br> Defendants. | Case No. 2:17-cv-06671-VAP (KSx) <br><br> **DECLARATION OF JULIA M. MCGUINNESS** <br><br> **Date:** November 13, 2017 <br> **Time:** 2:00 p.m. <br><br> **Courtroom 8A** <br><br> **Honorable Virginia A. Phillips** |

I, Julia M. McGuinness, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am an attorney with McGuinness & Associates, counsel of record for Plaintiff Donald Anderson in this action. The following information is within my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the contract between WWE Enterprises, Inc. ("WWE") and Uranus Productions, LLC which was produced pursuant to a subpoena issued when this matter was in state court.

3. An examination of the most recent months on Defendant Bullard's Titus O'Neil Instagram and Twitter accounts, demonstrate that Bullard has been to California nearly every single month for various business reasons, including but not limited to:

(1) Promoting his "Titus World Wide" brand (the "Brand") and recruiting members to join his brand on at Citizens Bank Arena in Ontario, California, September 25, 2017. A true and correct copy of two of Titus Oneil's (@titusoneilwwe) Instragam posts dated September 25, 2017 are attached hereto as Exhibit B;

(2) Promoting his Brand with Chargers Football owners at the StubHub Center in Carson, California, September 24, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated September 24, 2017 is attached hereto as Exhibit C;

(3) Promoting his Brand and recruiting other celebrity figures at the San Francisco 49ers football stadium, September 18, 2017. A true and correct copy of two of Titus Oneil's (@titusoneilwwe) Instragam post dated September 18, 2017 attached hereto as Exhibit D;

(4) Appearing and promoting his Brand at the Oakland Raiders game, September 17, 2017. A true and correct copy of a tweet by Titus Oneil's from his Twitter account dated September 17, 2017 is attached hereto as Exhibit E;

(5) Promoting his Brand at the Los Angeles Rams game at the Los Angeles Memorial Stadium, September 11, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated September 11, 2017 is attached hereto as Exhibit F;

|   |     |   |
|---|-----|---|
| 1 | (6) | Promoting his Brand with WWE member and Dancing ABC members at the Honda Center in Anaheim, California on September 11, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated September 11, 2017 is attached hereto as Exhibit G; |
| 6 | (7) | Traveling to San Diego, California, September 9, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated September 9, 2017 is attached hereto as Exhibit H; |
| 9 | (8) | Promoting his Brand with the Sacramento Kings basketball player Vince Carter in Sacramento, California, August 30, 2017. A true and correct copy of a tweet by the WWE featuring Titus O'Neil at the Sacramento King's headquarters on August 30, 2017 is attached hereto as Exhibit I; |
| 14 | (9) | Promoting his Brand with celebrity Akira Tozawa ("@tozawaakira") in Los Angeles, California, June 26, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated June 26, 2017 is attached hereto as Exhibit J; |
| 18 | (10) | Promoting his Brand with celebrity LaVar Ball at the Staples Center in Los Angeles, California, June 26, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated June 26, 2017 is attached hereto as Exhibit K; |
| 22 | (11) | Meeting with his business team at LB Entertainment in Los Angeles, California, "talking about some exciting opportunities," June 26, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated June 26, 2017 is attached hereto as Exhibit L; |

(12) Promoting his Brand at UCLA in Los Angeles, California, June 26, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated June 26, 2017 is attached hereto as Exhibit M;

(13) Promoting his Brand at UCLA, May 20, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated May 20, 2017 is attached hereto as Exhibit N;

(14) Performing a TED Talk at UCLA, May 18, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated May 18, 2017 is attached hereto as Exhibit O;

(15) Working for the WWE and RAW at the Staple Center in Los Angeles, California, February 20, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated February 20, 2017 is attached hereto as Exhibit P;

(16) Working for the WWE LIVE in Long Beach, California, February 19, 2017. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated February 19, 2017 is attached hereto as Exhibit Q;

(17) Working for the WWE and RAW at the Oakland Raiders Headquarters in Alameda, California on October 10, 2016. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated October 10, 2016 is attached hereto as Exhibit R;

(18) Working on WWE Live in Stockton, California, August 6, 2016. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated August 6, 2016 is attached hereto as Exhibit S;

(19) Working in Fresno, California, August 8, 2016. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated August 6, 2016 is attached hereto as Exhibit S;

(20) Working on WWE - RAW in Anaheim, California, August 9, 2016. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated August 6, 2016 is attached hereto as Exhibit S;

(21) Working in Frenso, California at WWE Live, on August 2, 2015. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated August 2, 2015 is attached hereto as Exhibit T;

(22) Working in San Diego, California at WWE Live, on July 31, 2015. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated July 31, 2015 is attached hereto as Exhibit U;

(23) Working in Los Angeles, California at WWE Live, on July 25, 2015. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instragam post dated July 25, 2015 is attached hereto as Exhibit V;

(24) Working in Los Angeles, California attending NBC Upfronts 2015 on May 14, 2015. A true and correct copy of various Instagram posts by Titus Oneil's (@titusoneilwwe) dated May 14, 2015 are attached hereto as Exhibit W;

(25) Working and training at the 49ers Levi Stadium in California for the WWE WrestleMania on March 25, 2015. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instagram post dated March 25, 2015 are attached hereto as Exhibit X;

(26) Working on WWE-Raw in Los Angeles, California on March 23, 2015. A true and correct copy of Titus Oneil's (@titusoneilwwe) Instagram post dated March 23, 2015 are attached hereto as Exhibit Y; and

(27) Working and training at the with the Steelers in California on March 9, 2015. A true and correct copy of Titus Oneil's

1 | (@titusoneilwwe) Instagram post dated March 9, 2015 are attached
2 | hereto as Exhibit Z.
3 |     4.    In addition, Bullard's brand sells merchandise online at:
4 | https://shop.wwe.com/titus-oneil-worldwide-authentic-t-shirt/HI2001.html, a website
5 | that transacts business with California residents on a regular basis.
6 |     I declare under penalty of perjury of the laws of the United States of America that
7 | the foregoing is true and correct.

*/s/ Julia M. McGuinness*
Julia M. McGuinness