TODD W. BONDER, ESQ. (Cal. Bar No. 116482)
*tbonder@rmslaw.com*
MICHAEL V. MANCINI, ESQ. (Cal. Bar No. 263799)
*mmancini@rmslaw.com*
ROSENFELD, MEYER & SUSMAN LLP
232 North Canon Drive
Beverly Hills, California 90210-5302
Telephone:  (310) 858-7700
Facsimile:   (310) 860-2430

Attorneys for Defendant
THADDEUS MICHAEL BULLARD, SR.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THADDEUS MICHAEL BULLARD SR. ("TITUS O'NEIL"), an individual; and DOES 1 through 300, Inclusive,<br><br>Defendants. | Case No. 2:17-CV-06671 VAP (KSx)<br><br>**DEFENDANT THADDEUS MICHAEL BULLARD, SR.'S OBJECTIONS TO EVIDENCE AND DECLARATIONS SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDCTION AND/OR IMPROPER VENUE; [PROPOSED] ORDER THEREON**<br><br>DATE:   November 13, 2017<br>TIME:   2:00 p.m.<br>PLACE:   Courtroom 8A<br>            350 West 1st Street<br>            Courtroom Of the Honorable<br>            Virginia A. Phillips |

        Defendant THADDEUS MICHAEL BULLARD, SR. ("Bullard") makes the

following objections to the Declarations of Julia McGuinness (the "McGuinness

Decl.") and Donald Anderson (the "Anderson Decl.") filed in support of Plaintiff's

Opposition to Motion to Dismiss for Lack of Personal Jurisdiction and/or Improper

Venue.

Defendant Bullard respectfully requests that the Court rule on each of the following objections prior to ruling on Bullard's motion.

| EVIDENCE OBJECTED TO | GROUNDS FOR OBJECTION | COURT'S RULING |
|---|---|---|
| **OBJECTIONS TO McGUINNESS DECLARATION** | | |
| ¶ 3: "An examination of the most recent months on Defendant Bullard's Titus O'Neil Instagram and Twitter accounts, demonstrate that Bullard has been to California nearly every single month for various business reasons . . . ." [McGuinness Decl. at 2:4-6.] | **1. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for asserting that Bullard has visited California "nearly every single month" over any time period (in fact, the substance of the McGuinness Decl. contradicts that statement), or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter. Fed. R. Evid. 602.  Declarations of counsel based upon counsel's own information and belief are "entitled to no weight because the declarant d[oes] not have personal knowledge." *Bank Melli Iran v. Pahlavi*, 58 F.3d 1406, 1412-1413 (9th Cir. 1995). | □ Sustained □ Overruled |

| | | |
|---|---|---|
| ¶ 3(1): "Promoting his 'Titus World Wide' brand (the 'Brand') and recruiting members to join his brand on at [sic] Citizen's Bank Arena in Ontario, California, September 25, 2017.  A true and correct copy of two of Titus O'Neil's (@titusoneilwwe) Instragram posts dated September 25, 2017 are attached hereto as Exhibit B"  [*Id.* at 2:7-11.] | **2. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br><br>□ Overruled |
| ¶ 3(2): "Promoting his Brand with Chargers Football owners at the StubHub Center in Carson, California, September 24, 2017.  A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated September 24, 2017 is attached hereto as Exhibit C" [*Id.* at 2:12-15.] | **3. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br><br>□ Overruled |
| ¶ 3(3): "Promoting his Brand and recruiting other celebrity figures at the San Francisco | **4. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the | □ Sustained<br><br>□ Overruled |

| | | |
|---|---|---|
| 49ers football stadium, September 18, 2017.  A true and correct copy of two of Titus O'Neil's (@titusoneilwwe) Instragram post dated September 18, 2017 attached hereto as Exhibit D"  [*Id.* at 2:16-20.] | matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | |
| ¶ 3(4): "Appearing and promoting his Brand at the Oakland Raiders game, September 17, 2017.  A true and correct copy of a tweet by Titus Oneil's from his Twitter account dated September 17, 2017 is attached hereto as Exhibit E" [*Id.* at 2:21-24.] | **5. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(5): "Promoting his Brand at the Los Angeles Rams game at the Los Angeles Memorial Stadium, September 11, 2017.  A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated September 11, 2017 is attached hereto as Exhibit F" | **6. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

514067.02

4

DEFENDANT'S OBJECTIONS TO
EVIDENCE AND DECLARATIONS

| | | |
|---|---|---|
| [*Id.* at 2:25-28.] | | |
| ¶ 3(6): "Promoting his Brand with WWE member and Dancing ABC members at the Honda Center in Anaheim, California on September 11, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated September 11, 2017 is attached hereto as Exhibit G"  [*Id.* at 3:1-5.] | **7. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained □ Overruled |
| ¶ 3(7): "Traveling to San Diego, California, September 9, 2017.  A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated September 9, 2017 is attached hereto as Exhibit H" [*Id.* at 3:6-8.] | **8. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | |
| ¶ 3(8): "Promoting his Brand with Sacramento Kings basketball player Vince Carter in Sacramento, California, August 30, 2017. A true and correct copy of a | **9. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal | □ Sustained □ Overruled |

| | | |
|---|---|---|
| tweet by the WWE featuring Titus O'Neil at the Sacramento King's headquarters on August 30, 2017 is attached hereto as Exhibit I"  [*Id.* at 3:9-13.] | knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | |
| ¶ 3(9): "Promoting his Brand with celebrity Akira Tozawa ("@tozawaakira") in Los Angeles, California, June 26, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated June 26, 2017 is attached hereto as Exhibit J" [*Id.* at 3:14-17.] | **10. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(10): "Promoting his Brand with celebrity LaVar Ball at the Staples Center in Los Angeles, California, June 26, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated June 26, 2017 is attached hereto as Exhibit K" [*Id.* at 3:18-21.] | **11. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(11): "Meeting with his | **12. Lack of Foundation/Personal** | □ Sustained |

| | | |
|---|---|---|
| business team at LB Entertainment in Los Angeles, California, "talking about some exciting opportunities," June 26, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated June 26, 2017 is attached hereto as Exhibit L" [*Id.* at 3:22-26.] | **Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Overruled |
| ¶ 3(12): "Promoting his Brand at UCLA in Los Angeles, California, June 26, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated June 26, 2017 is attached hereto as Exhibit M" [*Id.* at 4:1-3.] | **13. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(13): "Promoting his Brand at UCLA, May 20, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated May 20, 2017 is attached hereto as Exhibit N" | **14. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. | □ Sustained<br>□ Overruled |

| | | |
|---|---|---|
| [*Id.* at 4:4-6.] | Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | |
| ¶ 3(14): "Performing a TED Talk at UCLA, May 18, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated May 18, 2017 is attached hereto as Exhibit O" [*Id.* at 4:7-9.] | **15. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(15): "Working for the WWE and RAW at the Staples Center in Los Angeles, California, February 20, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated February 20, 2017 is attached hereto as Exhibit P"  [*Id.* at 4:10-13.] | **16. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(16): "Working for the WWE LIVE in Long Beach, California, February 19, 2017. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram | **17. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal | □ Sustained<br>□ Overruled |

| | | |
|---|---|---|
| post dated February 19, 2017 is attached hereto as Exhibit Q" [*Id.* at 4:14-17.] | knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | |
| ¶ 3(17): "Working for the WWE and RAW at the Oakland Raiders Headquarters in Alameda, California on October 10, 2016. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated October 10, 2016 is attached hereto as Exhibit R" [*Id.* at 4:18-21.] | **18. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(18): "Working on WWE Live in Stockton, California, August 6, 2016. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated August 6, 2016 is attached hereto as Exhibit S" [*Id.* at 4:22-24.] | **19. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(19): "Working in Fresno, California, August 8, 2016. A true and correct copy of Titus O'Neil (@titusoneilwwe) | **20. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any | □ Sustained<br>□ Overruled |

LAW OFFICES
**ROSENFELD,
MEYER &
SUSMAN LLP**

514067.02

9

DEFENDANT'S OBJECTIONS TO
EVIDENCE AND DECLARATIONS

| | | |
|---|---|---|
| Instragram post dated August 6, 2016 is attached hereto as Exhibit S"  [*Id.* at 4:25-27.] | evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | |
| ¶ 3(20): "Working on WWE-RAW in Anaheim, California, August 9, 2016. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated August 6, 2016 is attached hereto as Exhibit S" [*Id.* at 5:1-4.] | **21. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(21): "Working in Fresno, California at WWE Live, on August 2, 2015. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated August 2, 2015 is attached hereto as Exhibit T" [*Id.* at 5:5-7.] | **22. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br>□ Overruled |
| ¶ 3(22): "Working in San Diego, California at WWE Live, on July 31, 2015. A true and correct copy of Titus | **23. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any | □ Sustained<br>□ Overruled |

| | | |
|---|---|---|
| O'Neil's (@titusoneilwwe) Instragram post dated July 31, 2015 is attached hereto as Exhibit U" [*Id.* at 5:8-10.] | evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | |
| ¶ 3(23): "Working in Los Angeles, California at WWE Live, on July 25, 2015. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instragram post dated July 25, 2015 is attached hereto as Exhibit V" [*Id.* at 5:11-13.] | **24. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained □ Overruled |
| ¶ 3(24): "Working in Los Angeles, California attending NBC Upfronts 2015 on May 14, 2015. A true and correct copy of various Instagram posts by Titus O'Neil's (@titusoneilwwe) dated May 14, 2015 are attached hereto as Exhibit W" [*Id.* at 5:14-17.] | **25. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained □ Overruled |
| ¶ 3(25): "Working and training at the 49ers Levi Stadium in California for the | **26. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the | □ Sustained □ Overruled |

| | | |
|---|---|---|
| WWE WrestleMania on March 25, 2015. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instagram post dated March 25, 2015 is attached hereto as Exhibit X" [*Id.* at 5:18-21.] | matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | |
| ¶ 3(26): Working on WWE-Raw in Los Angeles, California on March 23, 2015. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instagram post dated March 23, 2015 is attached hereto as Exhibit Y" [*Id.* at 5:22-25.] | **27. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained □ Overruled |
| ¶ 3(27): "Working and training at the with the Steelers in California on March 9, 2015. A true and correct copy of Titus O'Neil's (@titusoneilwwe) Instagram post dated March 9, 2015 is attached hereto as Exhibit Z" [*Id.* at 5:26-6:2.] | **28. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413.  In fact, Exhibit Z plainly indicates that it depicts events taking place in Pittsburgh, | □ Sustained □ Overruled |

| | | |
|---|---|---|
| | Pennsylvania, rather than in California. | |
| ¶ 3(28): ". . . Bullard's brand sells merchandise online at: https://shop.wwe.com/titus-oneil-worldwide-authentic-t-shirt/HI2001.html, a website that transacts business with California residents on a regular basis."  [*Id.* at 6:3-5.] | **29. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained □ Overruled |
| **OBJECTIONS TO EXHIBIT TO McGUINNESS DECLARATION** | | |
| Exhibit B | **30. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | □ Sustained □ Overruled |
| Exhibit C | **31. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | □ Sustained □ Overruled |

| | | | |
|---|---|---|---|
| Exhibit D | **32. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | ☐ Sustained ☐ Overruled |
| Exhibit E | **33. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | ☐ Sustained ☐ Overruled |
| Exhibit F | **34. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | ☐ Sustained ☐ Overruled |
| Exhibit G | **35. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | ☐ Sustained ☐ Overruled |
| Exhibit H | **36. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this | ☐ Sustained ☐ Overruled |

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

514067.02

14

DEFENDANT'S OBJECTIONS TO
EVIDENCE AND DECLARATIONS

| | | | |
|---|---|---|---|
| 1 | | printout of a webpage, or | |
| 2 | | authenticate the authorship thereof. | |
| 3 | | Fed. R. Evid. 901. | |
| 4 | Exhibit I | **37. Lack of Authentication:** | ☐ Sustained |
| 5 | | Exhibit is not admissible because | ☐ Overruled |
| 6 | | Declarant cannot authenticate this | |
| 7 | | printout of a webpage, or | |
| 8 | | authenticate the authorship thereof. | |
| 9 | | Fed. R. Evid. 901. | |
| 10 | Exhibit J | **38. Lack of Authentication:** | ☐ Sustained |
| 11 | | Exhibit is not admissible because | ☐ Overruled |
| 12 | | Declarant cannot authenticate this | |
| 13 | | printout of a webpage, or | |
| 14 | | authenticate the authorship thereof. | |
| 15 | | Fed. R. Evid. 901. | |
| 16 | Exhibit K | **39. Lack of Authentication:** | ☐ Sustained |
| 17 | | Exhibit is not admissible because | ☐ Overruled |
| 18 | | Declarant cannot authenticate this | |
| 19 | | printout of a webpage, or | |
| 20 | | authenticate the authorship thereof. | |
| 21 | | Fed. R. Evid. 901. | |
| 22 | Exhibit L | **40. Lack of Authentication:** | ☐ Sustained |
| 23 | | Exhibit is not admissible because | ☐ Overruled |
| 24 | | Declarant cannot authenticate this | |
| 25 | | printout of a webpage, or | |
| 26 | | authenticate the authorship thereof. | |
| 27 | | Fed. R. Evid. 901. | |
| 28 | | | |

| | | |
|---|---|---|
| Exhibit M | **41. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | □ Sustained<br>□ Overruled |
| Exhibit N | **42. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | □ Sustained<br>□ Overruled |
| Exhibit O | **43. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | □ Sustained<br>□ Overruled |
| Exhibit P | **44. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | □ Sustained<br>□ Overruled |
| Exhibit Q | **45. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this | □ Sustained<br>□ Overruled |

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

514067.02

16

DEFENDANT'S OBJECTIONS TO
EVIDENCE AND DECLARATIONS

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | | printout of a webpage, or<br>authenticate the authorship thereof.<br>Fed. R. Evid. 901. | |
| 4<br>5<br>6<br>7<br>8<br>9 | Exhibit R | **46. Lack of Authentication:**<br>Exhibit is not admissible because<br>Declarant cannot authenticate this<br>printout of a webpage, or<br>authenticate the authorship thereof.<br>Fed. R. Evid. 901. | □ Sustained<br>□ Overruled |
| 10<br>11<br>12<br>13<br>14<br>15 | Exhibit S | **47. Lack of Authentication:**<br>Exhibit is not admissible because<br>Declarant cannot authenticate this<br>printout of a webpage, or<br>authenticate the authorship thereof.<br>Fed. R. Evid. 901. | □ Sustained<br>□ Overruled |
| 16<br>17<br>18<br>19<br>20<br>21 | Exhibit T | **48. Lack of Authentication:**<br>Exhibit is not admissible because<br>Declarant cannot authenticate this<br>printout of a webpage, or<br>authenticate the authorship thereof.<br>Fed. R. Evid. 901. | □ Sustained<br>□ Overruled |
| 22<br>23<br>24<br>25<br>26<br>27 | Exhibit U | **49. Lack of Authentication:**<br>Exhibit is not admissible because<br>Declarant cannot authenticate this<br>printout of a webpage, or<br>authenticate the authorship thereof.<br>Fed. R. Evid. 901. | □ Sustained<br>□ Overruled |
| 28 | | | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Exhibit V | **50. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | ☐ Sustained<br><br>☐ Overruled |
| 7<br>8<br>9<br>10<br>11<br>12 | Exhibit W | **51. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | ☐ Sustained<br><br>☐ Overruled |
| 13<br>14<br>15<br>16<br>17<br>18 | Exhibit X | **52. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | ☐ Sustained<br><br>☐ Overruled |
| 19<br>20<br>21<br>22<br>23<br>24 | Exhibit Y | **53. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | ☐ Sustained<br><br>☐ Overruled |
| 25<br>26<br>27 | Exhibit Z | **54. Lack of Authentication:** Exhibit is not admissible because Declarant cannot authenticate this | ☐ Sustained<br><br>☐ Overruled |

28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

514067.02

18

DEFENDANT'S OBJECTIONS TO
EVIDENCE AND DECLARATIONS

| | | |
|---|---|---|
| | printout of a webpage, or authenticate the authorship thereof. Fed. R. Evid. 901. | |
| **OBJECTIONS TO ANDERSON DECLARATION** | | |
| ¶ 4: "Other than Bullard and the WWE employee who was a cast member in the prank show for the WWE (a WWE personality known as 'Paige'), all of the people involved in arranging, producing, and filming the show, and in the aftermath of the attack, are residents of California.  These people include, but are not limited to: Atousa Hojatpanah, J.P. Blackmon, Cordell Mansfield, Ivan Acero, Andrew Laboy, Rick Kosick, Ben Pluimer and Scott Manning.  Each of these people are likely to be key witnesses in this matter." [Anderson Decl. at 2:11-17.] | **55. Lack of Foundation/Personal Knowledge:** Declarant does not provide any foundation for the matters asserted, or provide any evidence sufficient to support a finding that Declarant has personal knowledge of the matter.  Fed. R. Evid. 602; *Pahlavi*, 58 F.3d at 1412-1413. | □ Sustained<br><br>□ Overruled |

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

514067.02

19

DEFENDANT'S OBJECTIONS TO
EVIDENCE AND DECLARATIONS

1 DATED:  October 30, 2017          TODD W. BONDER, ESQ.
2                                   MICHAEL V. MANCINI, ESQ.
                                    ROSENFELD, MEYER & SUSMAN LLP
3
4                                   By: _____/s/ Todd W. Bonder_____
                                            Todd W. Bonder
5                                   Attorneys for Defendant
                                    THADDEUS MICHAEL BULLARD, SR.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN LLP

514067.02

20

DEFENDANT'S OBJECTIONS TO
EVIDENCE AND DECLARATIONS

1

## <u>ORDER</u>

2

3      The Court, having considered the foregoing objections to the declarations and

4  evidence filed in support of Plaintiff's Opposition to Motion to Dismiss for Lack of

5  Personal Jurisdiction and/or Improper Venue, hereby rules as indicated on each of

6  defendant Thaddeus Michael Bullard, Sr.'s objections.

7      IT IS SO ORDERED.

8

9  Dated: _____, 2017              _____

10                                              Honorable Virginia A. Phillips

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**ROSENFELD,
MEYER &
SUSMAN LLP**

514067.02

1

DEFENDANT'S OBJECTIONS TO
EVIDENCE AND DECLARATIONS