MCGUINNESS & ASSOCIATES
JOSEPH G. McGUINNESS - State Bar No. 115983
3858 Carson Street, Suite #301
Torrance, California 90503
Telephone: (310) 792-0495
Facsimile: (310) 792-0520

Attorneys for Plaintiff
DONALD ANDERSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, an individual, )<br><br>Plaintiff, )<br><br>v. )<br><br>THADDEUS MICHAEL BULLARD SR. ("TITUS O'NEIL"), an individual; and DOES 1 through 300, Inclusive )<br><br>Defendants. ) | Case No. 2:17-cv-06671-VAP (KSx)<br><br>**OBJECTIONS TO EVIDENCE OFFERED IN REPLY PAPERS TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**[PROPOSED] ORDER**<br><br>**Date:**  **November 13, 2017**<br>**Time:**  **2:00 p.m.**<br><br>**Courtroom 8A**<br><br>**Honorable Virginia A. Phillips** |

Plaintiff DONALD ANDERSON hereby objects to the evidence submitted by Defendant THADDEUS MICHAEL BULLARD SR. in support of the reply papers filed in opposition to the motion to dismiss.

## I. **Request for Judicial Notice**

| **Evidence objected to** | **Grounds for Objection** | **Court's Ruling** |
|---|---|---|
| Exhibit 1: in its entirety. | **Hearsay.** Fed. R. Evid. 801. **Lacks foundation.** Fed. R. Evid. 901. **Lack of personal knowledge** of the declaration as to the identity, authenticity and manner of production of the document. Fed. R. Evid. 602. **Not proper subject of judicial notice.** Fed. R. Evid. 201. **Relevance.** Fed. R. Evid. 201. | ☐  Sustained <br><br> ☐  Overruled |
| Exhibit 2: in its entirety. | **Hearsay.** Fed. R. Evid. 801. **Lacks foundation.** Fed. R. Evid. 901. **Lack of personal knowledge** of the declaration as to the identity, authenticity and manner of production of the document. Fed. R. Evid. 602. **Not proper subject of judicial notice.** Fed. R. Evid. 201. **Relevance.** Fed. R. Evid. 201. | ☐  Sustained <br><br> ☐  Overruled |
| Exhibit 3: in its entirety. | **Hearsay.** Fed. R. Evid. 801. **Lacks foundation.** Fed. R. Evid. 901. **Lack of personal knowledge** of the declaration as to the identity, authenticity and manner of production of the document. Fed. R. Evid. 602. **Not proper subject of judicial notice.** Fed. R. Evid. 201. **Relevance.** Fed. R. Evid. 201. | ☐  Sustained <br><br> ☐  Overruled |

## II. <u>Affidavit of Brian Terwilliger</u>

| <u>Evidence objected to</u> | <u>Grounds for Objection</u> | <u>Court's Ruling</u> |
|---|---|---|
| In its entirety. | New evidence presented in reply papers is not appropriate, especially where the issue was apparent at the time the motion was filed.  The First Amended Complaint, at paragraph 15, specifically identified the witnesses to the prank were California residents.  This evidence should have been presented as part of the moving papers, and not withheld until the reply, when Plaintiff would not have the opportunity to respond.<br><br>**The inclusion of this new evidence in the reply papers underscores the need to permit jurisdictional discovery.** | ☐  Sustained<br><br>☐  Overruled |
| <u>Paragraph 8</u>:<br><br>"I am familiar with an incident involving WWE talent Titis O'Neil (Thaddeus Bullard) that occurred during a taping of "Swerved" prior to a WWE event in Norfolk, Virginia.  In that incident, WWE talent Paige (Saraya-Jade Bevis) was given a cattle-prod by Uranus and was directed to shock other WWE personnel and talent in the arena.  Titus O'Neil was on of the talent who were shocked by the cattle-prod." | **Lack of personal knowledge.**  Fed. R. Evid. 602. **Hearsay.**  Fed. R. Evid. 801. **Lacks foundation.**  Fed. R. Evid. 901.<br><br>There is no evidence that Mr. Terwilliger witnessed any of the events described in this paragraph.  His only knowledge could, therefore, be derived from hearsay.  Mr. Terwilliger's description of what he is "familiar with" is not competent evidence. | ☐  Sustained<br><br>☐  Overruled |

| Evidence objected to | Grounds for Objection | Court's Ruling |
|---|---|---|
| Paragraph 9:<br><br>"The cattle-prod prank was not approved by WWE. The sketches and pranks that I had approved for that episode did not include the cattle-prod prank. At the time, my on-site liaison for Uranus, Jessica Palumbo, was in another part of the arena looking to talent to participate in one of the approved sketches for that episode when Uranus decided on its own to shoot the cattle-prod prank." | **Lack of personal knowledge.** Fed. R. Evid. 602. **Hearsay.** Fed. R. Evid. 801. **Lacks foundation.** Fed. R. Evid. 901.<br><br>There is no evidence that Mr. Terwilliger has personal knowledge of any of the information contained in this paragraph, or witnessed the approval of the prank or the location of Ms. Palumbo. His only knowledge could, therefore, be derived from hearsay. | ☐ Sustained<br><br>☐ Overruled |
| Paragraph 10:<br><br>"Uranus' executive producer, JeffTremaine, subsequently called WWE to apologize for Uranus having performed an unapproved prank." | **Hearsay.** Fed. R. Evid. 801. | ☐ Sustained<br><br>☐ Overruled |
| Paragraph 12:<br><br>"There are multiple WWE-affiliated employees or independent contractors with knowledge of the foregoing incident who are not residents of California. For example, I am a resident of Connecticut; Jessica Palumbo is a resident of Connecticut; Titus O'Neil is a resident of Florida; and Paige is a resident of England." | **Lack of personal knowledge.** Fed. R. Evid. 602. **Hearsay.** Fed. R. Evid. 801. **Lacks foundation.** Fed. R. Evid. 901.<br><br>Again, there is absolutely no showing of how he knows any of this information. He has already disqualified himself as an actual witness, there is no evidence that Ms. Palumbo witnessed anything. | ☐ Sustained<br><br>☐ Overruled |

1

## III.  Declaration of Todd W. Bonder

2

| Evidence objected to | Grounds for Objection | Court's Ruling |
|---|---|---|
| **Paragraph 3:**<br><br>"I am informed and believe that none of the WEE-related witnesses or 'Paige,' whose real name is apparently Saraya-Jade Bevis, is domiciled or otherwise resides in the State of California." | **Lacks foundation.**  Fed. R. Evid. 901. **Hearsay.** Fed. R. Evid. 801. **Lacks personal knowledge.**  Fed. R. Evid. 602.  Based on information and belief.<br><br>Mr. Bonder clearly does not have any personal knowledge of the domiciles of these witnesses, or whether they have any information pertinent to the case. | ☐   Sustained<br><br>☐   Overruled |
| **Paragraph 4:**<br><br>"Attached hereto as Exhibit 'l' is a true and correct printout of the results of a search I performed, on October 27, 2017, on the Internet Corporation for Assigned Names and Numbers (ICANN) website https:/whois.icann.org/en for information on the registrant of the domain 'shop.wwe.com.'" | **Lacks foundation.**  Fed. R. Evid. 901. **Hearsay.** Fed. R. Evid. 801. **Lacks personal knowledge.** Fed. R. Evid. 602.<br><br>Mr. Bonder does not provide any basis to demonstrate that he has personal knowledge to authenticate the document, establish an exception to the hearsay rule, or otherwise attest to its accuracy. | ☐   Sustained<br><br>☐   Overruled |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Evidence objected to | Grounds for Objection | Court's Ruling |
|---|---|---|
| **Paragraph 5:**<br><br>"Attached hereto as Exhibit '2' is a true and correct printout of the results of a search I performed, on October 27, 2017, on the Internet Corporation for Assigned Names and Numbers (ICANN) website https:/whois.icann.org/en for information on the registrant of the domain 'wwe.com.'" | **Lacks foundation.** Fed. R. Evid. 901. **Hearsay.** Fed. R. Evid. 801. **Lacks personal knowledge.** Fed. R. Evid. 602.<br><br>Mr. Bonder does not provide any basis to demonstrate that he has personal knowledge to authenticate the document, establish an exception to the hearsay rule, or otherwise attest to its accuracy. | ☐ Sustained<br><br>☐ Overruled |
| **Paragraph 6:**<br><br>"Attached hereto as Exhibit '3' is a true and correct printout of the results of a search I performed, on October 27, 2017, on the MarkMonitor, Inc. website https:/markmonitor.com for information on the registrant of the domain 'wwe.com.'" | **Lacks foundation.** Fed. R. Evid. 901. **Hearsay.** Fed. R. Evid. 801. **Lacks personal knowledge.** Fed. R. Evid. 602.<br><br>Mr. Bonder does not provide any basis to demonstrate that he has personal knowledge to authenticate the document, establish an exception to the hearsay rule, or otherwise attest to its accuracy. | ☐ Sustained<br><br>☐ Overruled |
| **Paragraph 7:**<br><br>"Attached hereto as Exhibit '4' is a true and correct printout of the results of a search I performed, on October 27, 2017, on the MarkMonitor, Inc. website https:/markmonitor.com for information on the registrant of the domain 'shop.wwe.com.'" | **Lacks foundation.** Fed. R. Evid. 901. **Hearsay.** Fed. R. Evid. 801. **Lacks personal knowledge.** Fed. R. Evid. 602.<br><br>Mr. Bonder does not provide any basis to demonstrate that he has personal knowledge to authenticate the document, establish an exception to the hearsay rule, or otherwise attest to its accuracy. | ☐ Sustained<br><br>☐ Overruled |

| Evidence objected to | Grounds for Objection | Court's Ruling |
|---|---|---|
| Paragraph 8:<br><br>"As reflected in the printouts attached as Exhibits '1' through '3,' inclusive, the registrant organization is identified therein in each instance as being World Wrestling Entertainment, Inc. No mention is made of Bullard." | **Hearsay.** Fed. R. Evid. 801. Argument. **Lacks foundation.** Fed. R. Evid. 901. **Lacks personal knowledge.** Fed. R. Evid. 602.<br><br>Mr. Bonder's statements are mere hearsay, recounting the content of documents that are already hearsay. Mr. Bonder does not provide any basis to demonstrate that he has personal knowledge of the information in these documents, personal knowledge to authenticate the documents, personal knowledge to establish an exception to the hearsay rule, or otherwise attest to its accuracy. This statement is nothing more than argument, and does not belong in a declaration. | ☐ Sustained<br><br>☐ Overruled |

Dated: November 7, 2017

MCGUINNESS & ASSOCIATES

By: _____
Joseph G. McGuinness
Attorneys for Plaintiff
Donald Anderson

**PROOF OF SERVICE**

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is McGuinness & Associates, 3858 Carson Street, Suite 301, Torrance, California 90503.

On the service date below I served the document described as:

**OBJECTIONS TO EVIDENCE OFFERED IN REPLY PAPERS TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**[PROPOSED] ORDER**

on the interested parties to this action addressed as follows:

Todd W. Bonder, Esq.
Rosenfeld, Meyer & Susman LLP
232 North Canon Drive
Beverly Hills, California 90210-5302

_____ By facsimile machine (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

_XX_ By class mail, by depositing a sealed envelope in the United States Mail at Torrance, California, with postage fully prepaid.

_____ Via Courier by depositing in a sealed envelope and delivering to the courier, with all charges fully prepaid.

_____ By overnight delivery by depositing such envelope in a box or other facility regularly maintained by an express service carrier, or delivered it to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for at Torrance, California.

_XX_ I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on November 7, 2017, at Torrance, California.

Patrice McDonald