UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | LA 17-cv-06671 VAP (KSx) | Date | 11/13/2017 |
|---|---|---|---|

Title   *Donald Anderson  v.  Thaddeus Michael Bullard, Sr., et al*

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

|  | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

**Proceedings:**   DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND/OR IMPROPER VENUE; [DOC NO. 16]

Matter called.  Counsel make their appearance. Court issues a tentative ruling, hears oral argument and takes the matter under submission.

**IT IS SO ORDERED.**